U.S. DISTRICT COURT
ESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 2 3 2015

TONY R. MOORE, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAMYTRIC MCHENRY | DOCKET NO. 15-cv-1738; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| OFFICER HOWARD, ET AL. | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint against all defendants **except Officer Howard** be **DENIED** and **DISMISSED** with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 23rd day of September, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE